IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE EASTERN COMPANY, | ) | CASE NO.: 1:15-cv-00327-CAB |
| | ) | |
| Plaintiff, | ) | JUDGE:  Christopher A. Boyko |
| | ) | |
| v. | ) | MOTION OF ALL PARTIES TO DISMISS |
| | ) | PENDING ACTION PURSUANT |
| PHOENIX USA, INC. | ) | TO FEDERAL RULE OF CIVIL |
| | ) | PROCEDURE 41(a)(2) |
| Defendants, | ) | |
| | ) | |

Plaintiff, The Eastern Company and Defendant, Phoenix USA, Inc. hereby move and respectfully request that the Court enter an Order to resolve the case in the manner agreed by the parties in a confidential Settlement Agreement.

The parties hereby jointly move the Court to dismiss with prejudice all claims asserted by Plaintiff against Defendant. The parties request that the Court retain jurisdiction over all the parties in the performance of the Settlement Agreement.

Each of the parties hereby agree that each party shall bear their own costs, fees and expenses.

A proposed Order is being filed herewith.

16

Respectfully submitted,

_____
Patricia A. Walker     Ohio Reg. No. 0001779
Ralph E. Jocke        Ohio Reg. No. 0011642
Walker & Jocke Co., LPA
231 South Broadway
Medina, Ohio 44256
Phone:  330-720-0000
Fax:  330-722-6446
E-mail: iplaw@walkerandjocke.com

Counsel for Plaintiff
The Eastern Company


_____
Phillip E. Walker, Esq.
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Phone:  615-252-2389
Fax:  615-248-3019
E-mail:  pwalker@babc.com

Counsel for Defendant
Phoenix USA, Inc.

17